FILED
CLERK, U.S. DISTRICT COURT

November 22, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN MENDEZ,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**CMRE FINANCIAL SERVICES, INC.**<br><br><br>　　　　Defendant(s). | Case No.: CV20-06528 SB (JEMx)<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE PURSUANT TO SETTLEMENT**<br><br>**HON. STANLEY BLUMENFELD, JR.** |

　　Based upon the Parties' Stipulation (Dkt. No. 15), and good cause, this Court hereby orders the Action to be, and is, dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: November 23, 2020　　　　　　　_____

　　　　　　　　　　　　　　　　　　HON. STANLEY BLUMENFELD, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE